DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY MEASEL,**
a/k/a Tammy De Rose,
Appellant,

v.

**ERIKA M. REAGAN,**
Appellee.

No. 4D2023-2496

[June 27, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE-22-006999.

Michael White of Michael White, P.A., Fort Lauderdale, for appellant.

Erika M. Reagan, Tallahassee, pro se.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*